IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL PUSHA                                                                         PETITIONER

v.                              CASE NO. 4:21-cv-00964-JM

ARKANSAS, STATE OF                                                                    RESPONDENT

**JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

SO ADJUDGED this 18th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE